IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              No. 4:12CR00233 JLH

EDWARD SHEA BLACKBURN                                                    DEFENDANT

## ORDER

Pending before the Court is the defendant's motion to continue sentencing hearing currently set for Tuesday, September 3, 2013. The motion is GRANTED. Document #27.

The sentencing hearing for defendant Edward Shea Blackburn is hereby rescheduled for **FRIDAY, SEPTEMBER 6, 2013, at 10:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 30th day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE